# United States District Court
# For The Western District of North Carolina
# Charlotte Division

George W. Gantt-El,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              3:07-cv-128

Boyd Bennett, et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2007 Order.

**Signed: March 29, 2007**

Frank G. Johns, Clerk
United States District Court